United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **SHADOWBRIAR APARTMENTS, LLC** and **ALI REZA AHLY**, § § § *Plaintiffs*, § VS. § **HACHEM K. DOMLOJ**, *et al.*, § § *Defendants*. § § § § § § | CIVIL ACTION NO. 4:24-cv-01733 |

### CONDITIONAL ORDER OF DISMISSAL

Plaintiffs Shadowbriar Apartments, LLC and Ali Reza Ahly and Defendants Hachem K Domloj and CIVE, INC. filed a Joint Notice of Settlement. ECF No. 9. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

Claims against the remaining Defendants in the above-captioned matter are unaffected by this Order.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of May, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE